**Order entered December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00620-CV

## CECILIA BERTAUD, Appellant

### V.

## WOLNER INDUSTRIES, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02007-E**

## ORDER

On November 25, 2015, appellant filed both a pro se brief and a motion for an extension of time to retain a lawyer. In a letter dated December 14, 2015, the Court informed appellant her brief was deficient and instructed her to file, within ten days, an amended brief correcting the deficiencies.

We **GRANT** appellant's motion for an extension of time to retain a lawyer. Appellant shall notify this Court, by **JANUARY 18, 2016**, with the name, State Bar number, address, phone number, and email address of new counsel. Appellant's amended brief is now due **JANUARY 28, 2016**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE

RECEIVED IN
COURT OF APPEALS 5th DIST.

FEB 08 2016

LISA MATZ
CLERK, 5th DISTRICT



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P $ 000.48⁵
0000856274    DEC 17 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-00620-CV
CECILIA B~~~~~~
218 N 10TH
GARLAND.

NIXIE    750    FE 1         0000/01/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 75202663150    *0834-02846-16-44